UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                    Case No.  11-cr-05-01-SM

<u>Scott Cleveland</u>,
    Defendant

<u>O R D E R</u>

Defendant Cleveland's motion to continue the final pretrial conference and trial is granted  (document no. 9).  Trial has been rescheduled for the July 2011 trial period.  Defendant Brown  shall file a waiver of speedy trial rights not later than March 14, 2011.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant  the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for July 8, 2011 at 3:00 p.m.

Jury selection will take place on July 19, 2011 at 9:30 a.m.

SO ORDERED.

                                      Steven J. McAuliffe
                                      Chief Judge

March 7, 2011

cc:    Bjorn Lange, Esq.
       Arnold Huftalen, AUSA
       U.S. Marshal
       U.S. Probation