UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

v.                                    Case No.  11-cr-05-01-SM

<u>Scott Cleveland</u>,
    Defendant

<u>O R D E R</u>

Defendant Cleveland's motion to continue the final pretrial conference and trial is granted (document no. 16). Trial has been rescheduled for the January 2012 trial period. Defendant Cleveland shall file a waiver of speedy trial rights not later than October 14, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for January 6, 2012 at 11:00 a.m.

Jury selection will take place on January 18, 2012 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

October 3, 2011

cc: William Christie, Esq.
    Arnold Huftalen, AUSA
    U.S. Marshal
    U.S. Probation